

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. PD-1312-14

**SAMUEL C. GENTRY, Appellant**

**v.**

**THE STATE OF TEXAS**

**ON APPELLANT'S MOTION FOR BAIL PENDING APPEAL
UNDER ARTICLE 44.04(h), V.A.C.C.P.
FROM THE TWELFTH COURT OF APPEALS
SMITH COUNTY**

### O R D E R

Appellant was convicted of felony driving while intoxicated after pleading guilty. He was sentenced by a jury to life imprisonment. The Court of Appeals reversed the conviction and remanded the case to the trial court. *Gentry v. State*, No. 12-13-00168-CR (Tex. App.–Tyler August 27, 2014)(not designated for publication). The State filed a petition for discretionary review in this Court.

Appellant has applied to this Court under Article 44.04(h) of the Code of Criminal Procedure, to set a reasonable bail pending final determination of the appeal. However,

before this Court can set bail we must have adequate information upon which to determine a reasonable amount. Appellant fails to provide adequate information. *See Montalvo v. State*, 786 S.W.2d 710 (Tex. Crim. App. 1989).

Therefore, appellant must redraft his request for bail under Article 44.04(h) in order for this Court to set a reasonable bail.

IT IS SO ORDERED this the 19th day of June, 2015.

PER CURIAM

Do not publish.